**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Audrey J. D'Incau<br>　　　　　　　　　　Debtor | |
| Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-1, Asset-Backed Certificates, Series 2005-1,<br>its successors and/or assigns<br>　　　　　　　　　　Movant<br>　　　　v.<br>Audrey J. D'Incau<br>　　　　　　　　　　Respondent<br>　　　　and<br>Robert Shearer, Trustee<br>　　　　　　　　　　Additional Respondent | BK. NO. 16-21633 CMB<br><br>CHAPTER 7<br>Related to Docket #_ 18<br><br><br>**ENTERED BY DEFAULT** |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

　　AND NOW, this 16th day of Sept., 2016, at Pittsburgh, upon Motion of Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-1, Asset-Backed Certificates, Series 2005-1, it is

　　**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 2410 Hill Street, Pittsburgh, PA 15235 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Carlota M. Böhm_
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge    **dmr**

　　　　　　　　　　　　　　　　　　　　　　　　　　　FILED
　　　　　　　　　　　　　　　　　　　　　　　　　　　9/16/16 4:18 pm
　　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK
　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY
　　　　　　　　　　　　　　　　　　　　　　　　　　　COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 16-21633-CMB
Audrey J. D'Incau                                                   Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: dric                  Page 1 of 1              Date Rcvd: Sep 16, 2016
                                Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2016.
db              +Audrey J. D'Incau,    2410 Hill Street,    Pittsburgh, PA 15235-4017

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Deutsche Bank National Trust Company et al...
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Deutsche Bank National Trust Company et al...
               bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Debtor Audrey J. D'Incau julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Robert Shearer    information@robertshearer.com, rshearer@ecf.epiqsystems.com;rspclaw@gmail.com
              Robert Shearer    on behalf of Trustee Robert    Shearer information@robertshearer.com,
               rshearer@ecf.epiqsystems.com;rspclaw@gmail.com
                                                                                             TOTAL: 7